UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 21-1154 JGB (SHKx) | Date | February 16, 2023 |
|---|---|---|---|
| Title | *Karla Jenett Moore v. City of San Bernardino, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause (IN CHAMBERS)

On January 25, 2023, the Court granted Jerry L. Steering's ("Steering") motion to withdraw as counsel for Plaintiff Karla Jenett Moore ("Plaintiff"). ("Order," Dkt. No. 36.) In that Order, the Court directed Mr. Steering to serve Plaintiff with a copy of the Order and to file a proof of service and/or a declaration to confirm the same no later than Tuesday, January 31, 2023. (See Order.) As of the date of this order to show cause, Mr. Steering has not filed a proof of service and/or a declaration. Therefore, the Court orders Mr. Steering to show cause in writing as to whether he should not be sanctioned for not complying with the Court's Order. Failure to timely or adequately respond to this OSC may result in sanctions.

Accordingly, the Court **ORDERS** as follows: Mr. Steering shall file a response to this OSC no later than **Thursday, February 23, 2023**.

**IT IS SO ORDERED.**