UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KARLA JENETT MOORE, | Case No. 5:21-cv-01154-JGB (DTB) |
| Plaintiff, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CITY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Objections to the Report and Recommendation and a Response to the Objections have been filed herein.   Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

IT THEREFORE IS ORDERED that Judgment be entered granting Defendants' Motion for Summary Judgment and dismissing this action with prejudice.

DATED: March 28, 2025

JESUS G. BERNAL
United States District Judge