# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KARLA JENETT MOORE, | Case No. 5:21-cv-01154-JGB (DTB) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: March 28, 2025

JESUS G. BERNAL
United States District Judge